FILED
September 24, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br>  ) <br> Plaintiff,  ) <br> v.  ) <br>  ) <br> DONALD CHARLES MANN,  ) <br>  ) <br> Defendant.  ) | Case No. 2:09CR00409-EJG-2 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  DONALD CHARLES MANN , Case No. 2:09CR00409-EJG-2 , Charge  18USC § 1521 & 1503; 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __  Release on Personal Recognizance

     __  Bail Posted in the Sum of $_____

         __  Unsecured Appearance Bond

         __  Appearance Bond with 10% Deposit

         __  Appearance Bond with Surety

         __  Corporate Surety Bail Bond

     ✔  (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 24, 2009  at  2:00 pm .

                           By   /s/ Gregory G. Hollows
                                     Gregory G. Hollows
                                     United States Magistrate Judge

Copy 5 - Court