| | |
|---|---|
| 1 | Olaf W. Hedberg |
| | Attorney at Law |
| 2 | SBN 151082 |
| | 1107 9th St., Suite 850 |
| 3 | Sacramento, California  95814 |
| | Telephone (916) 476-5168 |
| 4 | |
| | ATTORNEY FOR DEFENDANT |
| 5 | DONALD CHARLES MANN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.S  09-00409 EJG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **SUBSTITUTION OF ATTORNEY** |
| | ) | |
| V. | ) | |
| | ) | |
| DONALD CHARLES MANN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is respectfully requested that MARK REICHEL, esq., be relieved as attorney of record in the above captioned case and that OLAF W. HEDBERG be substituted in as appointed counsel.

                                          Respectfully submitted,


                                          OLAF W. HEDBERG

                                          /s/ OLAF W. HEDBERG
DATED: October 6, 2009           OLAF W. HEDBERG
                                          Attorney for Defendant

I consent to the substitution.

DATED: October 6, 2009      /s/
                            DONALD C. MANN
                            Defendant


DATED: October 6 , 2009     /s/
                            MARK REICHEL
                            Attorney at Law


                    O R D E R

    IT IS SO ORDERED.

DATED: October 9, 2009

                    /s/ Edward J. Garcia
                    HON. EDWARD J. GARCIA
                    UNITED STATES DISTRICT COURT JUDGE