Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, #350
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Donald Mann

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 09-409 JAM |
| Plaintiff, | ORDER APPOINTING COUNSEL FOR THE PURPOSES OF APPEAL |
| v. | |
| DONALD MANN, | |
| Defendant. | |

**GOOD CAUSE APPEARING** Attorney Krista Hart is appointed to represent Donald

Mann on the direct appeal to the Ninth Circuit Court of Appeals.

DATED: 3/21/2013

/s/ John A. Mendez
The Hon. John A. Mendez
US District Court Judge